PD-1428-15

PD-1428-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/5/2015 3:38:34 PM
Accepted 11/5/2015 3:51:12 PM
ABEL ACOSTA
CLERK

No. 15-      -PD

(Court of Appeals No. 02-1400339CR)

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

November 5, 2015

ABEL ACOSTA, CLERK

ANN BUCARO,

Petitioner,

v.

THE STATE OF TEXAS

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

On discretionary review from the Court of Appeals
Second District of Texas, Fort Worth

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

ANN BUCARO, Petitioner, pursuant to TEX.R.APP.P. 68.2©, respectfully

moves the Court to extend the time for filing a petition for discretionary review until

7 December 2015, and for cause represents as follows:

1. **Deadline for filing Petition for Discretionary Review**. A petition for discretionary review is due to be filed on 7 November 2015.

2. **Length of Extension Sought**. The Petitioner seeks a 30-day extension of time for filing a petition for discretionary review to and including 7 December 2015.

3. **Basis of Request for Extension**. The Petitioner has requested the undersigned counsel to prepare and file a petition for discretionary review in this case. The undersigned counsel has not been able to prepare and file a petition for discretionary review in this case due to primarily to undersigned attorney's hospitalization from 11 October 2015 through 24 October 2015 at the UT Southwestern Clements Hospital, during which time he was unable to perform any legal work. Since his release the undersigned attorney has not been released to return to work full time, but is able to work several hours per day, but has been unable to work on the *Bucaro* case because of responsibilities in other cases, primary the preparation of the Petition for Writ of Certiorari that was filed in *Hoffman v. Texas* on 4 November 2015.

The undersigned counsel has begun the preparation of a petition for discretionary review but will not be able to complete it in time for filing on 7 November 2015. Taking into consideration the effort that will be required in preparing a petition for discretionary review as well as the undersigned counsel's duties during the next 30 days, the undersigned counsel will be able to complete and file a petition for discretionary review in this case on or before 7 December2015.

4. **Previous Extensions Granted**. No previous extensions for filing a petition

for discretionary review have been requested or granted.

5. **Identity of Court of Appeals**. This case was appealed to and decided by the Court of Appeals for the Second District at Forth Worth.

6. **Case Number and Style in Court of Appeals**. This case was styled *Ann Bucaro v. State of Texas* in the Court of Appeals and bore No. 02-14-00339-CR.

6. **Date of Judgment of Court of Appeals**. The judgment of the Court of Appeals was rendered on 27 August 2015 and a timely-filed motion for rehearing was denied on 8 October 2015.

7. **Identity of Trial Court**. County Criminal Court No. 2 of Denton County, Texas, Hon. Virgil Vahlenkamp, presiding.

8. **Date of Trial Court's Judgment**. 20 August 2014.

9. **Style and Case Number in Trial Court**. *State v. Ann Bucaro*, No. CR-2013-05651-B.

Wherefore, the Petitioner prays that the time for filing a petition for discretionary review in this case be extended to and including 7 December 2015.

Respectfully submitted,

/s/    Melvyn Carson Bruder

MELVYN CARSON BRUDER

TSB 03241000
6440 North Central Expressway
516 Turley Law Center
Dallas, Texas 75206
214.987.3500
214.987.3518  (FAX)
melvyn@melvynbruderlaw.com

Counsel for Petitioner

## CERTIFICATE OF SERVICE

This is to certify that on 5 November 2015 a true and correct copy of the foregoing motion was served upon counsel of record for the State of Texas and upon the State Prosecuting Attorney via first class United States mail, postage prepaid, in Dallas, Texas.

/s/    Melvyn Carson Bruder

MELVYN CARSON BRUDER